## New York Morning Journal Association et al. v. The Elmer H. Dearth Agency, for the use of Michael Doran.

1. Memorandum.—The views expressed in Kirk et al. v. Elmer H. Dearth Agency, for use, etc., are conclusive of this case. See page 468 this volume.

Intervening Petition, in an attachment suit. Appeal from the Superior Court of Cook County; the Hon. Farlin Q. Ball, Judge, presiding. Heard in this court at the October term, 1896. Affirmed. Opinion filed January 21, 1897.

NEWMAN, NORTHRUP & LEVINSON and WILLIAM E. O'NEILL, attorneys for appellants.

TENNEY, MCCONNELL & COFFEEN, attorneys for appellee Michael Doran.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.
The affirmance of the judgment in Kirk v. this appellee (page 468 this volume), takes out of this case everything of practical importance, and we will not discuss abstract questions, but affirm the judgment.